UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   STILLWELL, William David

Chapter 7 Case No.   08-33164

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| GE MONEY BANK dba AMERICAN EGL<br>Recovery Management Systems Corporation<br>For GE Money Bank<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 5 | $ 64.20 | $ 3.06 |

Date:   1/08/2010

J. Richard Stermer,   Trustee